UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLES STERGIOS,

                        Petitioner,

-against-

UNITED STATES OF AMERICA,

                        Respondent.
------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 20 2010
P.M.
TIME A.M. ___

JUDGMENT
09-CV-5108 (SLT)

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on January 15, 2010, denying the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241; dismissing the case; and granting no Certificate of Appealability with respect to any of petitioner's claims; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is denied; that the case is dismissed; and that no Certificate of Appealability is granted with respect to any of petitioner's claims.


Dated: Brooklyn, New York
        January 19, 2010

                                                ROBERT C. HEINEMANN
                                                Clerk of Court